**FILED**

MAY 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN THOMAS KERBEY
803 College Street
Cedar Falls, Iowa
50613
319 266 4700
Jtk1148@hotmail.com

CASE NUMBER 1:05CV01032

JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 05/20/2005

CIVI

V

FBI
935 Pennsylvania Ave.
Washington DC
20535

### ORIGINAL COMPLAINT

The FBI is a branch of the United States Government consequently jurisdiction would be within the Federal court system.

The FBI conspired against me causing the arson of my homestead and the destruction of my life.
The FBI conspired with Edward L. Tallechet Exec. V.P. of Brown and Root Corporation and Oscar Wyatt through a ruse marriage to Elizabeth Duitch to drive me to suicide in retaliation for a sexual assalt complaint in Iowa City, Iowa when I was in college. Because I the secretly accused was never notified directly about the complaint the secret followed me ever since. I have been survailed continuously by law enforcement since the date and when I moved into my first home, that I paid cash for, next to the Houston Yacht Club in Laporte Texas the police circulated this defamatory story. Tallechet (a convicted felon) and member of the property association conspired with the Police Dept Fire Dept and the FBI to route me out of the community. My house was arsoned. I include the arson report and because the FBI is the proximate cause of the fire I claim recovery for the destruction of my personal property and the continuous destruction of my life. I can not specifically state the dollar amount of my loss because the abuse is ongoing but the home was 2400 square feet in size. Jury trial requested.

By _____
John Kerbey pro se
806 College St.
Cedar Falls, Iowa
50613
319 266 4700

1