UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN THOMAS KERBEY<br>803 College Street<br>Cedar Falls, Iowa 50613<br><br>          Plaintiff,<br><br>     v.<br><br>FBI<br>935 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20535<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.:  05-1032 (ESH)<br>)              ECF<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,


/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4220
Washington, D.C.  20530
(202) 514-7220

Dated: September 1, 2005

## CERTIFICATE OF SERVICE

I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**John Thomas Kerbey**
**803 College Street**
**Cedar Falls, Iowa 50613**

on this 1st day of September, 2005.

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building, E4220
Civil Division
555 4th Street, NW
Washington, D.C. 20530