UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN THOMAS KERBEY<br>803 College Street<br>Cedar Falls, Iowa 50613<br><br>      Plaintiff,<br><br>  v.<br><br>FBI<br>935 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20535<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.:  05-1032 (ESH)<br>)            ECF<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter having come before the Court on Defendant's Motion to Dismiss on behalf of Defendant Federal Bureau of Investigation (FBI), and having considered the entire record in this case, it is hereby

**ORDERED** that Defendant's motion is granted; and it is

**FURTHER ORDERED** that this case is dismissed with prejudice and judgment granted for Defendant.

DATED: _____          _____

                                                                    UNITED STATES DISTRICT JUDGE