UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN THOMAS KERBEY )
803 College Street )
Cedar Falls, Iowa 50613 )
)
)
Plaintiff, )
)
v. ) Civil Action No.: 05-1032 (ESH)
) ECF
FBI )
935 Pennsylvania Avenue, N.W. )
Washington, D.C. 20535 )
)
Defendant. )

## MOTION

I MOVE THAT THE FBI BE REQUIRED TO RELEASE TO ME ALL FILES AND RECORDS RELATED TO JOHN T. KERBEY, JOHN KERBEY, JOHN THOMAS KERBEY, J. KERBEY, JT KERBEY. I UNDERSTAND THEY ARE VALUMINOUS. THERE IS A ONE SIDED REVIEW OF THE FACTS GOING ON.

JOHN THOMAS KERBEY
PRO SE
PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN THOMAS KERBEY )
803 College Street )
Cedar Falls, Iowa 50613 )
 )
 )
Plaintiff, )
 )
v. ) Civil Action No.: 05-1032 (ESH)
 ) ECF
FBI )
935 Pennsylvania Avenue, N.W. )
Washington, D.C. 20535 )
 )
Defendant. )

**MOTION FOR IMMEDIATE HEARING**

I MOVE I BE GRANTED AN IMMEDIATE HEARING BECAUSE AS YOU CAN SEE I LACK DATA PROCESSING AND FEEL I would do BETTER WITH A VERBAL IN PERSON PRESENTATION

JOHN THOMAS KERBEY
PRO SE
[signature]
PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN THOMAS KERBEY )
803 College Street )
Cedar Falls, Iowa 50613 )
 )
 )
Plaintiff, )
 )
 )
v. ) Civil Action No.: 05-1032 (ESH)
 ) ECF
 )
FBI )
935 Pennsylvania Avenue, N.W. )
Washington, D.C. 20535 )
 )
 )
Defendant. )

## MOTION TO EXTEND DEADLINE

I HAVE BEEN DENIED ACCESS TO THE LAW LIBRAY IN HOUSTON AND CEDAR RAPIDS, IOWA.

I HAVE BEEN UNABLE TO HIRE AN ATTORNEY AFTER LITERALY HUNDREDS OF ATTEMPS. I HAVE FUNDS TO PAY FOR A PRIVATE ATTORNEY. THERE IS A ON SIDED REVIEW OF THE FACTS GOING ON.

JOHN THOMAS KERBEY
PRO SE

[signature]

PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN THOMAS KERBEY )
803 College Street )
Cedar Falls, Iowa 50613 )
)
)
Plaintiff, )
)
v. ) Civil Action No.: 05-1032 (ESH)
) ECF
FBI )
935 Pennsylvania Avenue, N.W. )
Washington, D.C. 20535 )
)
Defendant. )

## MOTION FOR COURT APPOINTED ATTORNEY

I MOVE THAT A ATTORNEY BE APPOINTED EVEN THOUGH THIS IS A CIVIL CASE BECAUSE OF A CATCH 22 NO ATTORNEY WILL TAKE THE CASE. THEY SEEM TO BE AFRAID OF A ATTORNEY CLIENT RELATIONSHIP OR ARE WARNED BY LAW ENFORCEMENT THAT THIS WOULD BE A VIOLATION OF THE LAW THERE IS A ONE SIDED REVIEW OF THE FACTS GOING ON.

JOHN THOMAS KERBEY
PRO SE
PLAINTIFF