UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN THOMAS KERBEY, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> FEDERAL BUREAU OF INVESTIGATION, : <br> : <br> Defendant. : <br> _____ : | Civil Action No.  05-1032 <br> (ESH) |

## AMENDED ORDER

Plaintiff brings this action *pro se* seeking damages for arson allegedly caused by the FBI and others against his "homestead."  As is clear from plaintiff's complaint, he lives in Cedar Falls, Iowa and his property was also located there.  Plaintiff also makes passing reference to events in Texas, but it is clear this jurisdiction has no connection with the events at issue and that most of plaintiff's claims relate only to real property in Cedar Falls, Iowa.  Pursuant to the general venue statute, plaintiff's action properly belongs in Iowa, since that is the "judicial district in which . . . a substantial part of the property that is the subject of the action is situated." 28 U.S.C. § 1391(e)(2).  In the interest of the justice, the Court will transfer this action to the United States District Court for Northern District of Iowa.  Accordingly, it is this 3rd day of November, 2005, hereby

**ORDERED** that pursuant to 28 U.S.C. § 1406(a), this action is hereby transferred to the United States District Court for the Northern District of Iowa.

_____s/_____<br>ELLEN SEGAL HUVELLE<br>United States District Judge